JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| HECTOR GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KAISER PERMANENTE ET AL.<br><br>　　　　　Defendants. | Case No. CV 15-7755 AG (ASx)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Defendants and against Plaintiff.

Dated February 8, 2016

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT